UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sam Wolk,

    Plaintiff,

vs.

The City of Brooklyn Center; Brooklyn Center Police Chief Tim Gannon, *in his individual capacity*; Brooklyn Center Police Commander Tony Gruenig, *in his individual capacity*; Hennepin County; Hennepin County Sheriff David Hutchinson, *in his individual capacity*, Minnesota Department of Public Safety; Department of Public Safety Commissioner John Harrington, *in his individual capacity*, Chief of Minnesota State Patrol Colonel Matt Langer, *in his individual capacity*, Minnesota Department of Natural Resources; Minnesota Department of Natural Resources Director of Enforcement Colonel Rodman Smith, *in his individual capacity*, Minnesota Department of Natural Resources Incident Commander Captain Aaron Kahre, *in his individual capacity*; and John Does 1-100, in their individual capacities;

    Defendants.

Case No. 22-cv-01666 (WMW/DTS)

**DECLARATION OF
PETER J. FARRELL
IN SUPPORT OF
THE DNR DEFENDANTS'
MOTION TO DISMISS**

I, PETER J. FARRELL, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am an Assistant Attorney General in the Office of the Minnesota Attorney General. I represent Defendant Minnesota Department of Natural Resources, DNR Colonel Rodman Smith, and DNR Captain Aaron Kahre (collectively, the "DNR Defendants") in this case.

2. Attached are true and correct copies of the following documents:

| Exhibit | Date | Description |
|---|---|---|
| 1 | 04/12/2021 | Office of Minn. Governor Tim Walz, Emergency Executive Order 21-17, https://www.lrl.mn.gov/archive/execorders/21-17.pdf |
| 2 | 04/12/2021 | Office of Minn. Governor Tim Walz, Emergency Executive Order 21-18, https://www.lrl.mn.gov/archive/execorders/21-18.pdf |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2022

*/s/ Pete Farrell*
PETER J. FARRELL