

Emergency Executive Order 21-17

Declaring a Peacetime Emergency to Provide Safety and Protection

**I, Tim Walz, Governor of the State of Minnesota,** by the authority vested in me by the Constitution and applicable statutes, issue the following Executive Order:

On April 11, 2021, Daunte Wright died after being shot by a police officer during a traffic stop in Brooklyn Center. Many Minnesotans met in Brooklyn Center to express their frustrations in a peaceful and constructive manner.

While the majority of demonstrations have been peaceful, some individuals have engaged in unlawful and dangerous activity, including looting and damaging public and private property. These activities threaten the safety of lawful demonstrators, the surrounding communities, and first responders. Many businesses have also suffered damage. The Brooklyn Park Police Department was struck by gunfire, and businesses in nearby Shingle Creek Crossing and Minneapolis were looted and damaged. The dangerous activity that occurred last night is a threat to public safety. These actions do not reflect our values as Minnesotans. To ensure that peaceful demonstrations can continue, we must maintain peace and safety.

Last night, the City of Brooklyn Center declared an emergency, enacted a curfew, and requested assistance from the State. State law enforcement and National Guard resources deployed to Brooklyn Center to provide assistance. Today, the Cities of Minneapolis and St. Paul have declared their own emergencies and enacted their own curfews. Local resources have been fully deployed, but they are inadequate to address the threat.

Operation Safety Net, a joint planning and response effort between the State of Minnesota and many local jurisdictions to coordinate and send resources, continues to operate in the Minneapolis-St. Paul metro area. On February 5, 2021, in Executive Order 21-06, I activated the Minnesota National Guard to support public safety and security, and to respond to potential civil unrest during and after the trial of former officer Derek Chauvin. As a result, the National Guard is currently on state active duty and already authorized to respond to civil unrest. The National Guard can supplement local law enforcement efforts to keep the peace, ensure public safety, and allow for peaceful demonstrations.

For these reasons and to protect peace and safety, I declare a peacetime emergency in the seven county metro area of Anoka, Carver, Dakota, Hennepin, Ramsey, Scott, and Washington counties and order state agencies, in cooperation with appropriate federal agencies, to assist local units of government as they respond to and recover from this emergency.

This Executive Order and declaration of peacetime emergency is effective immediately under Minnesota Statutes 2020, section 4.035, subdivision 2, and its duration is governed by Minnesota Statutes 2020, section 12.31, subdivision 2.

Signed on April 12, 2021.

**Tim Walz**
Governor

Filed According to Law:

**Steve Simon**
Secretary of State

Filed April 12, 2021
Office of the Minnesota
Secretary of State
Steve Simon