# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sam Wolk, | Case No. 22-cv-01666 (WMW/DTS) |
| Plaintiff, | |
| vs. | **HENNEPIN COUNTY AND HENNEPIN COUNTY SHERIFF DAVID HUTCHINSON'S MOTION TO DISMISS** |
| City of Brooklyn Center, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Hennepin County and Hennepin County Sheriff David Hutchinson ("Hennepin County Defendants") move to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The motion is based on the records and file of this case, including the Hennepin County Defendants' Memorandum of Law in support of this motion and any argument that may be made at a hearing on this motion.

                                              MICHAEL O. FREEMAN
                                              Hennepin County Attorney

Dated: September 12, 2022        By: /s/ *Sarah McLaren*
                                                DEVONA L. WELLS (#0392052)
                                               SARAH McLAREN (#0345878)
                                               Assistant County Attorney
                                               2000A Government Center, MC200
                                               300 South Sixth Street
                                               Minneapolis, MN 55487
                                               Telephone: (612) 348-5532
                                               FAX No: (612) 348-8299
                                               Devona.Wells@hennepin.us
                                               Sarah.McLaren@hennepin.us

                                               *Attorneys for Defendants Hennepin County and Hennepin County Sheriff David Hutchinson*