**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Sam Wolk,<br><br>    Plaintiff,<br><br>  v.<br><br>The City of Brooklyn Center, et al.,<br><br>   Defendants. | Case No. 22-cv-1666 (WMW/DTS)<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and pursuant to the Stipulation for Injunction and Order for Injunction filed in *Samaha v. The City of Minneapolis*, No. 20-cv-01715 (D. Minn.), ECF Nos. 158, 159, 162, Plaintiff Sam Wolk hereby dismisses this action against Defendants Minnesota Department of Public Safety, Commissioner John Harrington, and Colonel Matthew Langer (the "State Patrol Defendants"), and any claims against John Does which are alleged to be employees or agents of the Minnesota State Patrol with prejudice and without costs or fees to any party.

Dated: April 10, 2023

/s/Daniel J. Nordin
Daniel E. Gustafson (#202241)
Daniel J. Nordin (#392393)
Anthony Stauber (#401093)
Frances Mahoney-Mosedale (#402741)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dnordin@gustafsongluek.com
tstauber@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

***Attorneys for Plaintiff Wolk***