UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sam Wolk,                                                     Case No. 22-cv-01666 (WMW/DTS)

          Plaintiff,

vs.                                                                      **NOTICE OF APPEAL**

City of Brooklyn Center, et al.,

          Defendants.

---

Notice is hereby given that Defendants Hennepin County and Hennepin County Sheriff David Hutchinson (collectively, the "Hennepin County Defendants") hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order entered in this action on August 16, 2023 (Doc. 89). The Hennepin County Defendants specifically appeal the denial of qualified immunity and intertwined municipal liability claims.

MARY F. MORIARTY
Hennepin County Attorney

Dated: August 24, 2023                         By:  _s/ Sarah McLaren_
                                          DEVONA L. WELLS (#0392052)
                                          SARAH McLAREN (#0345878)
                                          JAMIL M. F. MASROUJEH (#0400895)
                                          Assistant County Attorneys
                                          2000A Government Center, MC200
                                          300 South Sixth Street
                                          Minneapolis, MN 55487
                                          Telephone: (612) 348-5532
                                          Devona.Wells@hennepin.us
                                          Sarah.McLaren@hennepin.us
                                          Jamil.Masroujeh@hennepin.us

                                          *Attorneys for Defendants Hennepin County and*
                                          *Hennepin County Sheriff David Hutchinson*