UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2939

_____

Sam Wolk

Plaintiff - Appellee

v.

City of Brooklyn Center; Tim Gannon, Brooklyn Center Police Chief, in his individual capacity; Tony Gruenig, Brooklyn Center Police Commander, in his individual capacity

Defendants

David Hutchinson, Hennepin County Sheriff, in his individual capacity; Hennepin County

Defendants - Appellants

Minnesota Department of Natural Resources; Rodman Smith, Minnesota Department of Natural Resources Director of Enforcement Colonel, in his individual capacity; Aaron Kahre; John Does, 1-100, in their individual capacities

Defendants

_____

No: 23-2940

_____

Sam Wolk

Plaintiff - Appellee

v.

City of Brooklyn Center; Tony Gruenig, Brooklyn Center Police Commander, in his individual capacity

Defendants - Appellants

Tim Gannon, Brooklyn Center Police Chief, in his individual capacity; David Hutchinson, Hennepin County Sheriff, in his individual capacity; Hennepin County; Minnesota Department of Natural Resources; Rodman Smith, Minnesota Department of Natural Resources Director of Enforcement Colonel, in his individual capacity; Aaron Kahre; John Does, 1-100, in their individual capacities

Defendants

---

No: 23-2943

---

Sam Wolk

Plaintiff - Appellee

v.

City of Brooklyn Center; Tim Gannon, Brooklyn Center Police Chief, in his individual capacity; Tony Gruenig, Brooklyn Center Police Commander, in his individual capacity; Hennepin County; David Hutchinson, Hennepin County Sheriff, in his individual capacity

Defendants

Minnesota Department of Natural Resources; Aaron Kahre, Minnesota Department of Natural Resources Incident Commander Captain, in his individual capacity; Rodman Smith, Minnesota Department of Natural Resources Director of Enforcement Colonel, in his individual capacity

Defendants - Appellants

John Does, 1-100, in their individual capacities

Defendant

---

No: 23-2944

---

Sam Wolk

Plaintiff - Appellee

v.

City of Brooklyn Center

Defendant

Tim Gannon, Brooklyn Center Police Chief, in his individual capacity

Defendant - Appellant

Tony Gruenig, Brooklyn Center Police Commander, in his individual capacity; David Hutchinson, Hennepin County Sheriff, in his individual capacity; Hennepin County; Minnesota Department of Natural Resources; Rodman Smith, Minnesota Department of Natural Resources Director of Enforcement Colonel, in his individual capacity; Aaron Kahre; John Does, 1-100, in their individual capacities

Defendants

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-01666-WMW)
(0:22-cv-01666-WMW)

## JUDGMENT

Before BENTON, ERICKSON, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

July 12, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Maureen W. Gornik