UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sam Wolk, individually and on behalf of
all others similarly situated,

Case No. 22-cv-01666-WMW-DTS

          Plaintiff,

vs.

The City of Brooklyn Center; Brooklyn
Center Police Chief Tim Gannon, *in his
individual capacity*; Brooklyn Center
Police Commander Tony Gruenig, *in his
individual capacity*; Hennepin County;
Hennepin County Sheriff David
Hutchinson, *in his individual capacity*,
Minnesota Department of Public Safety;
Department of Public Safety
Commissioner John Harrington, *in his
individual capacity*, Chief of Minnesota
State Patrol Colonel Matt Langer, *in his
individual capacity*, Minnesota Department
of Natural Resources; Minnesota
Department of Natural Resources Director
of Enforcement Colonel Rodman Smith, *in
his individual capacity*, Minnesota
Department of Natural Resources Incident
Commander Captain Aaron Kahre, *in his
individual capacity*; and John Does 1-100,
*in their individual capacities*,

          Defendants.

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

The undersigned attorneys hereby notify the Court and counsel that Julia C.

Kelly shall no longer appear as counsel of record for Defendants City of Brooklyn

Center and Tony Gruenig in this case.


Dated: August 5, 2024

s/Stephanie A. Angolkar
Jason M. Hiveley, #311546
Stephanie A. Angolkar, #388336
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
jasonh@iversonlaw.com
stephanie@iversonlaw.com
(952) 548-7200

*Attorneys for Defendants Brooklyn
Center and Tony Gruenig*