UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sam Wolk,  
        Plaintiff,

vs.

The City of Brooklyn Center, et al.,

        Defendants.

Civil No. 22-cv-1666(JWB/DTS)

## NOTICE OF APPEARANCE

The undersigned attorneys hereby notify the Court and counsel Carlos B. Soto-Quezada, IVERSON REUVERS, shall also appear as counsel of record for Defendant Commander Tony Gruenig and the City of Brooklyn Center in this case.

Dated: December 18, 2024

s/Carlos Soto-Quezada
Stephanie A. Angolkar, #388336
Jason M. Hively, #311546
Ashley M. Ramstad, #402446
Carlos B. Soto-Quezada, #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
stephanie@iversonlaw.com
carlos@iversonlaw.com
(952) 548-7200
*Attorneys for Defendants Commander Tony Gruenig and City of Brooklyn Center*