UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sam Wolk,                                             Case No. 22-cv-01666 JWB/DTS

      Plaintiff,

vs.

The City of Brooklyn Center; Brooklyn Center
Police Commander Tony Gruenig, *in his
individual capacity*; Hennepin County;
Hennepin County Sheriff David
Hutchinson, *in his individual capacity,*
The City of Hopkins; Captain Erik Husevold,
*in his individual capacity,* Officer Michael Miller,
*in his individual capacity*; Officer Christopher
Harriman, *in his individual capacity*; Officer James
Niemackl, *in his individual capacity*; and Officer
Andrew Leyrer, *in his individual capacity*; and
John Does 1-100, *in their individual capacities,*

      Defendants.

---

**STIPULATION OF PARTIAL DISMISSAL**
_____

      IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants City of Brooklyn Center, Commander Tony Gruenig, City of Hopkins, Captain Erik Husevold, Officer Michael Miller, Officer Christopher Harriman, Officer James Niemackl, and Officer Andrew Leyrer, through their respective counsel, that all of Plaintiff's claims in the above-captioned action against these parties may be dismissed with prejudice and with each party bearing their own

attorney's fees or costs, and that an Order to that effect may be entered without further notice or hearing.

Date: May 28, 2025                /s Daniel J. Nordin
                                  Daniel E. Gustafson (#202241)
                                  Daniel J. Nordin (#392393)
                                  Anthony Stauber (#401093)
                                  Frances Mahoney-Mosedale (#402741)
                                  GUSTAFSON GLUEK PLLC
                                  Canadian Pacific Plaza
                                  120 South 6th Street, Suite 2600
                                  Minneapolis, MN 55402
                                  Telephone: (612) 333-8844
                                  Facsimile: (612) 339-6622
                                  dgustafson@gustafsongluek.com
                                  dnordin@gustafsongluek.com
                                  fmahoneymosedale@gustafsongluek.com

                                  *Attorneys for Plaintiff*

|  |  |
|---|---|
| Date: May 28, 2025 | s/Stephanie A. Angolkar<br>Jason M. Hiveley, #311546<br>Stephanie A. Angolkar, #388336<br>Ashley M. Ramstad, #402446<br>Carlos Soto-Quezada, #505571<br>IVERSON REUVERS<br>9321 Ensign Avenue South<br>Bloomington, MN 55438<br>jasonh@iversonlaw.com<br>stephanie@iversonlaw.com<br>ashley@iversonlaw.com<br>carlos@iversonlaw.com<br>(952) 548-7200<br>*Attorneys for Defendants Brooklyn Center, Tony Gruenig, City of Hopkins, Erik Husevold, Michael Miller, Christopher Harriman, James Niemackl, and Andrew Leyrer* |