# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sam Wolk,                                        Civ. No. 22-1666 (JWB/DTS)

        Plaintiff,

v.
                                                 **ORDER FOR DISMISSAL**
City of Brooklyn Center, et al.,

        Defendant.

---

The plaintiff and Defendants City of Brooklyn Center, Commander Tony Gruenig, City of Hopkins, Captain Erik Husevold, Officer Michael Miller, Officer Christopher Harriman, Officer James Niemackl, and Officer Andrew Leyrer have filed a Stipulation of Dismissal (Doc. No. 155). Based on that Stipulation, Defendants City of Brooklyn Center, Commander Tony Gruenig, City of Hopkins, Captain Erik Husevold, Officer Michael Miller, Officer Christopher Harriman, Officer James Niemackl, and Officer Andrew Leyrer are **DISMISSED WITH PREJUDICE**. Each party to bear their own costs, disbursements, and attorneys' fees.


Dated: May 29, 2025                      *s/ Jerry W. Blackwell*
                                       JERRY W. BLACKWELL
                                       United States District Court Judge