UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sam Wolk, | Case No. 22-cv-1666 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Hennepin County, et al., | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motion Regarding Continued Sealing, Dkt. No. 171, under Minn. Local Rule 5.6(d)(2). The Joint Motion concerns information in Plaintiff's Third Amended Complaint, Dkt. No. 161, which has been filed under temporary seal.

The Parties dispute whether a defendant's name should remain under seal. Defendants cite Minn. Stat. §§ 13.43, subd. 5 and 13.82, subd. 17 to support redaction for the undercover law enforcement officer's name. Plaintiff Wolk contends it should not be redacted since the name appears in other cases, is publicly available online, and was included in documents they obtained through a government data request before this suit was filed. The public generally has a right to access information filed with the court, but sealing is permitted when confidentiality outweighs this right. *See* 2024 Advisory Committee Note to LR 5.6. Here, safeguarding the defendant's undercover status and current investigations outweighs any current public interest in disclosure of the unredacted name.

Because the document contains information that should remain sealed;

2

**IT IS HEREBY ORDERED**:

1. The parties' Joint Motion Regarding Continued Sealing, Dkt. No. 171, is **GRANTED IN PART AND DENIED IN PART**.

2. The Clerk is directed to keep **sealed** the following document: Dkt. No. 161.

Dated: July 31, 2025      \_\_s/ David T. Schultz\_\_\_\_\_
                          DAVID T. SCHULTZ
                          U.S. Magistrate Judge