UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sam Wolk, | Case No. 22-cv-01666 (JWB/DTS) |
| Plaintiff, | |
| vs. | **HENNEPIN COUNTY, HENNEPIN COUNTY SHERIFF DAVID HUTCHINSON, DEPUTY AARON HOESE, DEPUTY BRANDON KNIEFEL, DEPUTY UC H, AND DEPUTY JOSEPH ZIMMER'S MOTION TO DISMISS** |
| Hennepin County, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Hennepin County, Hennepin County Sheriff David Hutchinson, Deputy Aaron Hoese, Deputy Brandon Kniefel, Deputy UC H, and Deputy Joseph Zimmer ("Hennepin County Defendants") move to dismiss all claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The motion is based on the records and file of this case, including the Hennepin County Defendants' Memorandum of Law in support of this motion and any argument that may be made at a hearing on this motion.

                            MARY F. MORIARTY
                            Hennepin County Attorney

Dated: August 1, 2025        By: */s/ Devona L. Wells*
                            DEVONA L. WELLS (#0392052)
                            SARAH McLAREN (#0345878)
                            LEAF McGREGOR (#0389140)
                            JAMIL M.F. MASROUJEH (#0400895)
                            Assistant County Attorneys
                            1300A Government Center, MC137
                            300 South Sixth Street
                            Minneapolis, MN 55487
                            Telephone: (612) 348-5532
                            FAX No: (612) 348-8299
                            Devona.Wells@hennepin.us
                            Sarah.McLaren@hennepin.us
                            Leaf.McGregor @hennepin.us
                            Jamil.Masroujeh@hennepin.us

                            *Attorneys for Defendants Hennepin County, Hennepin County Sheriff David Hutchinson, Deputy Aaron Hoese, Deputy Brandon Kniefel, Deputy UC H, and Deputy Joseph Zimmer*