UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sam Wolk, | Case No. 22-cv-01666 (JWB/DTS) |
| Plaintiff, | |
| vs. | DECLARATION OF DEVONA L. WELLS IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT |
| Hennepin County, et al., | |
| Defendants. | |

I, Devona L. Wells, state and affirm as follows:

1. I am an Assistant County Attorney for Hennepin County.

2. In that capacity, I am one of the attorneys representing Defendants Hennepin County, Hennepin County Sheriff David Hutchinson, Aaron Hoese, Brandon Kniefel, UC H, and Joseph Zimmer ("Hennepin County Defendants") in the above-entitled action.

3. Attached as Exhibit 1 is a true and correct copy of the body-worn camera footage recorded by Defendant Aaron Hoese on April 14, 2021.

4. Attached as Exhibit 2 is a true and correct copy of the body-worn camera footage recorded by Brandon Kniefel on April 14, 2021.

5. Attached as Exhibit 3 is a true and correct copy of the body-worn camera footage recorded by UC H on April 14, 2021.

6. Attached as Exhibit 4 is a true and correct copy of the body-worn camera footage recorded by Joseph Zimmer on April 14, 2021.

7. I declare under penalty of perjury that the foregoing is true and correct to

the best of my knowledge. Executed pursuant to 28 U.S.C. § 1746 on August 1, 2025.

                                                                    */s/ Devona L. Wells*_____
                                                                    Devona L. Wells