# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
EXHIBIT 2 TO DECLARATION OF DEVONA L. WELLS

Sam Wolk,

    Plaintiff,

vs.      Case Number: 22-CV-01666 (JWB/DTS)

Hennepin County, et al.,

    Defendants.

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**NOTE: This item is filed under temporary seal pursuant to L.R. 5.6**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>video on flash drive containing footage from body-worn camera of Brandon Kniefel.</u>

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017