UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sam Wolk, | Case No. 22-CV-01666 (JWB/DTS) |
| Plaintiff, | |
| vs. | **LOCAL RULE 5.6(d)(2)(B) STATEMENT** |
| Hennepin County, et al., | |
| Defendants. | |

---

Defendants are filing Exhibits 1, 2, 3, and 4 to the Declaration of Devona L. Wells in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint under temporary seal pursuant to Local Rule 5.6. These exhibits are video files of footage from body worn camera devices that are non-public under Minnesota Statutes Sections 13.82, 13.825. The entire exhibits are confidential or redaction is impracticable.

|  |  |
|---|---|
|  | MARY F. MORIARTY<br>Hennepin County Attorney |
| Dated: August 1, 2025 | By: /s/ Devona L. Wells<br>DEVONA L. WELLS (#0392052)<br>SARAH McLAREN (#0345878)<br>LEAF McGREGOR (#0389140)<br>JAMIL M.F. MASROUJEH (#0400895)<br>Assistant County Attorneys<br>1300A Government Center, MC137<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>Telephone: (612) 348-5532<br>FAX No: (612) 348-8299<br>Devona.Wells@hennepin.us<br>Sarah.McLaren@hennepin.us<br>Leaf.McGregor @hennepin.us<br>Jamil.Masroujeh@hennepin.us<br><br>*Attorneys for Defendants Hennepin County, Hennepin County Sheriff David Hutchinson, Deputy Aaron Hoese, Deputy Brandon Kniefel, Deputy UC H, and Deputy Joseph Zimmer* |